UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:17-cv-222 |
| *Petitioner*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Clifton L. Corker |
| WILLIAM R. GRANGER, | ) | |
| | ) | |
| *Respondent*. | ) | |

## ORDER TO SHOW CAUSE

Upon the petition to enforce the Internal Revenue Service ("IRS") summons (Doc. 1) and the exhibits attached thereto, including the Declaration of Revenue Officer Shane Murray, it is hereby **ORDERED**:

1. That Respondent, William R. Granger, appear before the United States District Court for the Eastern District of Tennessee, for a hearing to commence on **Thursday, June 21, 2018**, at **10:00 a.m.**, before the undersigned in the United States Courthouse, 900 Georgia Avenue, Courtroom 1A, Chattanooga, Tennessee, to show cause why he should not be compelled to obey the IRS summons served upon him on June 23, 2017.

2. That, at the hearing, Respondent show cause why he should not be required to give testimony to the IRS, as well as produce and permit the copying of all documents responsive to the requests set forth in the summons served upon him on June 23, 2017.

3. That a copy of this order to show cause, together with the petition, exhibits, and declaration attached thereto, be personally served upon Respondent by the United States Marshal at least **thirty days** prior to the date assigned for the hearing.

4. That within **ten days** of the service of copies of this order, the petition, exhibits, and declaration, Respondent shall file and serve a written response to the petition, supported by appropriate affidavits, as well as any motions Respondent desires to make. Only those issues raised by motion or brought into controversy by the responsive pleadings, and supported by affidavit(s), will be considered. Any uncontested allegation in the petition will be considered admitted.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**