United States District Court
for the
Eastern District of Tennessee

FILED
JUN 21 2018
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

June 21, 2018

In regards to "2:17-cv-222"

## Declaration

i: Man (William Ross Granger), declare under penalty of perjury;
i; appear at Court, under duress, not by consent;
this action is (a) administrative procedure, not due process of law;
i; settle all verify(ed) claim(s).

*Bill Granger*